UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          : Hon. Jose L. Linares

v.          : Crim. No. 11-511 (E.D.P.A. No. 09-813)

JON J. LACKNER          : ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Paul Fishman, United States Attorney for the District of New Jersey (by Jessica Natali, Special Assistant U.S. Attorney), and defendant Jon J. Lackner (by Bruce Barket, Esq.), for an order amending the schedule for pre-trial motions in the above-captioned as set forth below, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement and thereby avoid a possible trial; and

The parties having agreed upon the following schedule for pretrial motions: motions to be filed by October 27, 2011, with oppositions due by November 3, 2011. If the court desires oral argument, counsel are available to discuss a convenient date during the telephonic status conference currently scheduled for October 13, 2011 at 1:30 PM, if convenient for the Court's schedule,

IT IS, therefore, on this 13th day of October 2011.

SO ORDERED:

_____
HON. JOSE L. LINARES
United States Magistrate Judge

Form and entry consented to:

_____
Jessica Natali
Special Assistant U.S. Attorney

_____
Bruce Barket, Esq.
Attorney for Defendant Jon Lackner