UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Jose L. Linares |
| v. | N.J. Crim.No. 11-00511 |
| JON J. LACKNER | P.A. Crim. No.09-00813 |

### ORDER FOR TRANSFER OF CASE

This matter having been brought before the Court upon application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jessica Natali, Special Assistant U.S. Attorney, appearing), for an order transferring this matter back to the Eastern District of Pennsylvania

IT IS HEREBY ORDERED that Counts Six and Seven of the Superseding Indictment[1] are to be transferred back to the Eastern District of Pennsylvania.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

DATED: 1/3/12

---

[1] (District of New Jersey Crim. No. 11-00511 docket entry 1, Eastern District of Pennsylvania Crim. No. 00813 docket entry 48)

**ATTACHMENT A**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

v. : Crim. No. 11-00511 (JLL)

JON J. LACKNER, :

:

### Consent to Transfer of Case
### for Plea and Sentence
### (Under Rule 20)

I, Jon J. Lackner, defendant, have been informed that an Indictment is pending against me in the above designated case. I wish to plead guilty to the offenses charged, to consent to the disposition of the case in the Eastern District of Pennsylvania in which I am held, and to waive trial in the District of New Jersey.

Dated: ~~October~~ 19, 2011
       December

_____
Defendant Jon J. Lackner

Witnessed by:

_____
Bruce Barket, Esq.
*Attorney for Defendant Jon J. Lackner*

Approved:

_____         _____
United States Attorney for the           United States Attorney for the
Eastern District of Pennsylvania         District of New Jersey